UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MICHAEL ODELL LAMARR and<br>MAUREEN THERESE LAMARR,<br><br>   Plaintiff,<br><br>  v.<br><br>IMC CREDIT SERVICES LLC d/b/a<br>STATEWIDE CREDIT ASSOCIATION,<br>   Defendant. | Case No. 1:15cv318 |

## ORDER

This matter is before the Court on the parties' Joint Stipulation to Dismiss With Prejudice [DE 21]. The parties request that this matter be dismissed with prejudice. [*Id.*] The Stipulation is signed by all parties who have appeared. [*Id.*]

As the Notice meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff's Complaint [DE 1] is **DISMISSED WITH PREJUDICE**, the parties to pay their respective costs and fees without reimbursement.

  **SO ORDERED**.

ENTERED: May 24, 2016

              s/Philip P. Simon
              PHILIP P. SIMON, CHIEF JUDGE
              UNITED STATES DISTRICT COURT